

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 15 2026

LAURA A. AUSTIN, CLERK
BY
DEPUTY CLERK

| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) TO GOOGLE LLC | Case No. _____ <br><br> **Filed Under Seal** |

## MOTION TO SEAL

The United States respectfully requests that the Application, any resulting Order, and all related materials be sealed until further order of the Court.

In support of this motion, the Government states that these documents and materials discuss an ongoing criminal investigation that is neither public nor known to the targets of the investigation. Accordingly, there is good cause to seal because the premature disclosure of these documents and materials may seriously jeopardize the investigation by potentially causing the destruction of evidence, flight of the targets and any confederates, and obstruction of justice, such as the tampering of witnesses.

Respectfully submitted,

DATE: <u>May 15, 2026</u>

/s/ *Jason M. Scheff*
Jason M. Scheff
Assistant United States Attorney
New York Bar No. 5188701
United States Attorney's Office
255 West Main Street | Suite 130
Charlottesville, Virginia 22902
434.293.4283
Jason.Scheff@usdoj.gov