SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 15 2026

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

IN RE: APPLICATION OF THE
UNITED STATES OF AMERICA
FOR ORDER PURSUANT TO 18
U.S.C. § 2703(d) TO GOOGLE
LLC

Case No. _____

**Filed Under Seal**

## ORDER

Upon motion by the government and for good cause shown, the Application, this Order to seal, and all related materials shall be sealed for the following reason: the government states that the disclosure of the documents and materials may jeopardize the ongoing investigation.

The government requests that the documents and related materials be placed under seal by this Court until further order of the Court. Accordingly, it is hereby

## ORDERED

that the Application, this Order to Seal, and all related materials be placed under seal until further order by this Court.

**ENTERED**: this 15th day of May, 2026.

_____
The Honorable Joel C. Hoppe
UNITED STATES MAGISTRATE JUDGE